UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
:
:
:
IN RE REFCO SECURITIES LITIGATION    :    07 MDL 1902 (JSR)
:    (Applies To All Cases)
:
:    CASE MANAGEMENT ORDER #80
:
:
:
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

The Court has received the bills from the Special Masters for the month of August, which will be docketed for the parties' review. Any party who wishes to object to any bill must submit such objection to the Court in writing no later than one week from today, i.e., by September 11, 2012. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        September 4, 2012

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
dcapra@law.fordham.edu

September 1, 2012

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| August 6 — Feighery motion to dismiss | 4.3 |
| August 7 — Feighery motion to dismiss | 6.2 |
| August 28 — Krys summary judgment motion | 2.5 |
| August 29 — Krys summary judgment motion | 1.0 |

**Total Hours**                                                          14.0

  **Hours @ $500/hr.**

            **Total Bill ------**                                     $7000.00

# IN RE REFCO

# INVOICE

# August 31, 2012

## HOURS INCURRED:

July 31-Aug. 1 – communications w/re Aaron deposition (.5)

July 31 – attending to filing of Stip and Order (.25)

Aug. 1 – communications w/ parties and Prof. Capra w/re SPhinX expert discovery motion (.5); review of case accountant invoice and forwarding same for distribution (.25)

Aug. 3 – attending to filing of Stipulation and Order (.25)

Aug. 5 – communications w/re Beus Gilbert documents (.25)

Aug. 8 and later dates – communications w/ parties w/re Aaron deposition dates and possible deposition disputes (1.0)

Aug. 10 and later dates – communications w/ parties and case acc't w/re sums due (2.0)

Aug. 10 and later dates throughout month – review, and securing filing of, various orders (1.0)

August 15-18 – communications w/ parties, Clerk and Chambers w/re consolidations and attending to filing of orders w/re same (1.0)

Aug. 18-21 – communications w/re Walkens deposition (.25)

Aug. 20 – communications w/ parties w/re *pro hac* admission procedure (.25)

August 20-22 – communications w/ parties and Prof. Capra w/re sanctions motion (.5)

August 21 and later dates – communications w/ parties, Clerk and Chambers w/re filings under seal and

issuance of Orders to Show Cause w/re same (1.0)

Aug. 29 and earlier dates – communications and conference call w/re counsel w/re service of additional SphinX experts' reports (.5)

Aug. 29 – conference call w/re spoliation motion (.5)

Aug. 30 – communications w/ parties and Chambers w/re expert rebuttal reports on review of plaintiffs' submissions on same (.5); review of, and communications w/ counsel w/re, proposed sanctions scheduling order (.25)

Aug. 31 – preparing and attending to filing of order on sealed exhibits (1.0); conference call w/re supplemental experts' reports (.5)

**TOTAL HOURS INCURRED**: 12.25 @ 400.00/hour = $4,900.00

**EXPENSES INCURRED**:

Aug. 14 – Internet Access = $15.90

**TOTAL**: $4,915.90