UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- x
                                      :
                                      :
                                      :
                                      :   07 MDL 1902 (JSR)
                                      :   (Applies To All Cases)
IN RE REFCO SECURITIES LITIGATION     :
                                      :   CASE MANAGEMENT ORDER
                                      :         #104
                                      :
                                      :
------------------------------------- x

JED S. RAKOFF, U.S.D.J.

The Court has received one Special Master bill for the month of August, which will be docketed for the parties' review. Any party who wishes to object to the bill must submit such objection to the Court in writing no later than one week from today, i.e., by September 16, 2013. If no objections are received, the Case Accountant will be authorized to pay the bills out of the established account.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 9, 2013

**Professor Daniel J. Capra**
**Special Master**

**Fordham Law School**
**140 West 62nd Street**
**New York, New York 10023**
**dcapra@law.fordham.edu**

September 3, 2013

**For Services Rendered as Special Master in In re Refco Inc. Securities Litigation, 07-MD-1902 (JSR) (SDNY):**

| | |
|---|---|
| August 3 ---- Krys v. Aaron Summary Judgment R and R | 2.0 |
| August 4 — Krys v. Aaron Summary Judgment R and R | 2.0 |
| August 5 — Krys v. Aaron, Summary Judgment R and R | 6.1 |
| August 6 — Krys v. Aaron, Summary Judgment R and R | 6.1 |
| August 7 — Krys v. Aaron, Summary Judgment R and R | 5.8 |

Total Hours                                                                                            22.0

      **Hours @ $500/hr.**

           **Total Bill ------**                                                **$11,000.00**